USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 05 Cr. 59-01 (DC) |
| ) | |
| SAMIR A. VINCENT, ) | |
| ) | |
| Defendant. ) | |

## [~~PROPOSED~~] ORDER

Upon the application of the defendant Samir A. Vincent, and without objection by the Government and the Probation Department, it is hereby

ORDERED that Mr. Vincent's term of probation is terminated effective immediately.

IT IS SO ORDERED.

Dated: 6/22/09

_____
UNITED STATES DISTRICT JUDGE